1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VALENTINO GUTIERREZ,                    )          NO. CV 20-4327-JAK (AGR)
　　　　　　Petitioner,                  )
　　　　　　　　　　v.                   )          ORDER OF DISMISSAL
WARDEN,                                 )
　　　　　　Respondent.                 )
                                        )

　　　　On May 13, 2020, Petitioner, a state prisoner who is proceeding *pro se*,
constructively filed a one-page document that the court construes as a Petition for
Writ of Habeas Corpus.

　　　　On June 11, 2020, the Court dismissed the Petition for Writ of Habeas
Corpus with leave to file a First Amended Petition for Writ of Habeas Corpus that
states his grounds for relief within 30 days after entry of Order.  The Petitioner
was warned that if a timely First Amended Petition is not filed, this action will be
dismissed.

　　　　The Court also ordered Petitioner either pay the filing fees of $5 or file a

1  request to proceed in forma pauperis within 30 days after entry of Order.

2      Petitioner did not file a First Amended Petition, did not pay the filing fees of

3  $5 or request for an extension of time within the time allowed.

4      IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is

5  dismissed.

6

7      **IT IS SO ORDERED.**

8

9  DATED: August 12, 2020      _____

10                                 JOHN A. KRONSTADT
                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2