UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTINO GUTIERREZ, | ) | NO. CV 20-4327-JAK (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed.

DATED: August 12, 2020  _____
JOHN A. KRONSTADT
United States District Judge